✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Ariah Fine

V.

R & H Auto Inc., Copart of Connecticut, Inc.
d/b/a Copart and Copart Dealer Ser-vices, and
Dennison Auto Sales, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number:  13-cv-01165-DSD-TNL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Fine's motion for default judgment is granted.

2. Fine is awarded statutory damages in the amount of $10,000.

3. Fine is awarded attorney fees in the amount of $1,740 and costs in the amount of $125.

June 30, 2014

Date

RICHARD D. SLETTEN, CLERK

s/L. Brennan

(By)                              L. Brennan,   Deputy Clerk